JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS A. LANDEROS, | No. ED CV 25-250-TJH(E) |
|     Petitioner, | |
|     v. | JUDGMENT |
| DONALD TRUMP U.S.A. PRESIDENT, ET AL., | |
|     Respondents. | |

Pursuant to the "Order Dismissing 'Petition for Writ of Habeas Corpus' Without Prejudice,"

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: <u>March 7, 2025</u>.

_____
TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE